United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTANCE LEARNING COMPANY, INC.,

                Plaintiff,

      v.

SILLY MONKEY STUDIOS, LLC, et al.,

                Defendants.

Case No.  16-cv-06943-SK

**ORDER OF REMAND**

      Pursuant to the parties' stipulation, the Court HEREBY REMANDS this matter back to the Superior Court of Sonoma County.  The Clerk shall close the file.

      **IT IS SO ORDERED**.

Dated: March 3, 2017

_____
SALLIE KIM
United States Magistrate Judge